IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TREVOR RICHMOND,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3871

Opinion filed October 2, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Trevor Richmond, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for belated appeal is denied on the merits.

WETHERELL, ROWE, and RAY, JJ., CONCUR.